**Order entered October 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00172-CR

### DAVID S. HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00047-N**

## ORDER

Before the Court is appellant's October 25, 2018 post-reinstatement motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **November 15, 2018**. If appellant's brief is not filed by November 15, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/      LANA MYERS
         JUSTICE